NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000290**
**27-JUN-2017**
**09:23 AM**

NO. CAAP-17-0000290

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHRISTOPHER A. DIAS, in his capacity as
Conservator of Patrick E. Oka, an Incapacitated Person,
Plaintiff-Appellee,
v.
SALEM KING LLC, SALEM PROPERTIES LLC, Defendants-Appellants,
and
DOE DEFENDANTS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-1689)

ORDER APPROVING THE JUNE 12, 2017
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed June 12, 2017, by Defendants-Appellants Salem King LLC and Salem Properties LLC, the papers in support, and the record, it appears that (1) the appeal was docketed on June 6, 2017; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal pursuant to a Release and Settlement Agreement dated June 9, 2017, and to bear their own fees and costs on appeal; and (3) the stipulation is dated and signed by all parties appearing pro se and, by counsel for all represented parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, June 27, 2017.

Presiding Judge

Associate Judge

Associate Judge